IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) OKLAHOMA HEALTH CARE ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-11-1511-F ) ) |
| 1) CLARENDON NATIONAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Plaintiff's motion to modify docket annotation [Doc. 9] is GRANTED. The court's docket annotation made by the court on February 14, 2012 is modified to reflect that plaintiff's dismissal of this case is "without prejudice."

Dated this 21st day of February, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ROGER N. BUTLER, JR., OBA #13668
SECREST HILL BUTLER & SECREST
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
ATTORNEYS FOR PLAINTIFF

11-1511p003.PO.wpd